# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | |
|---|---|---|
| Carla S. Torok | ) | |
|     *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.  3:14CV-744-R |
| | ) | |
| Asset Recovery Solutions, LLC | ) | |
|     *Defendant* | ) | |
| Serve: | ) | |
|     CT Corporation System | ) | |
|     208 S. Lasalle Street | ) | |
|     Suite 814 | ) | |
|     Chicago, IL 60604 | ) | |
| | ) | |
| Velocity Investments, LLC | ) | |
|     *Defendant* | ) | |
| Serve: | ) | |
|     CSC-Lawyer's Incorporating | ) | |
|         Service Company | ) | |
|     421 W. Main Street | ) | |
|     Frankfort, KY 40601 | ) | |
| | ) | |

## **COMPLAINT**

### INTRODUCTION

1. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA").

2. Defendants ("Asset Recovery") and Velocity Investments, LLC ("Velocity") violated multiple provisions of the FDCPA, including but not limited to attempting to collect interest, fees, and/or costs on a debt from Plaintiff Carla S. Torok that she does not owe and by sending her dunning letters that identifies the wrong original creditor.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, and the FDCPA, 15 U.S.C. §1692k(d).

## PARTIES

4. Plaintiff Carla S. Torok is a natural person who resides in Jefferson County, Ky. Ms. Torok is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

5. Defendant Asset Recovery Solutions, LLC ("Asset Recovery") is a limited liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency with its principal place of business located at 2200 E Devon Ave, Des Plaines, IL 60018.

6. Asset Recovery regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

7. Defendant Velocity Investments, LLC ("Velocity") is a limited liability company, the principal purpose of whose business is the collection of debts, operating a debt collection agency with its principal place of business located at 1800 Route 34 North, Building #4, Suite 404A, Wall, NJ 07719.

8. Velocity regularly collects or attempts to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

9. On May 29, 2000, Ms. Torok co-signed a loan for the purchase of a 1991 Cadillac DeVille. The loan was financed by CNAC.

10. The 1991 Cadillac was used solely for personal, family, and/or household purposes, which makes the CNAC loan a "debt" within the meaning of the FDCPA.

11. The co-signer defaulted on the note.

12. On September 19, 2002, an entity calling itself "The Finance Company" sued Ms. Torok and her cosigner to collect on the defaulted debt to CNAC. *See The Finance Company v. Torok*, 02-CI-07066 (Jeff. Cir. Ct. Div. 12).

13. The Finance Company's complaint demanded $5,235.89 plus interest.

14. On March 19, 2003, the Jefferson Circuit Court signed and entered judgment against Ms. Torok and her cosigner.

15. On October 25, 2013, The Finance Company's counsel filed a Notice of Assignment in the state court action that recited an assignment of the judgment against Ms. Torok from The Finance Company to Velocity Investments, LLC.

16. On August 28, 2014, Velocity's counsel sent Ms. Torok a dunning letter that identified Velocity Investments, LLC as the creditor of a debt under Case Number 02-CI-07066 with a balance due of $20,822.51.

17. On September 16, 2014, Asset Recovery sent Ms. Torok a dunning letter stating that her debt had been placed with Asset Recovery for collection.

18. Asset Recovery's dunning letter identified Velocity Investments as the current creditor and Consumer Portfolio Services as the original creditor. The September 16th dunning letter further stated that $24,408.98 was the Total Current Balance, which was $3,586.47 more than the amount stated as due in the August 28th dunning letter.

19. Undersigned counsel sent timely debt-validation letters under the FDCPA to both Asset Recovery and Velocity Investments.

20. On October 10, 2014, Asset Recovery sent undersigned counsel a letter that purported to validate the debt. Asset Recovery's October 10th letter included a copy of the entered judgment in the case of *The Finance Company v. Torok*, 02-CI-07066 (Jeff. Cir. Ct. Div. 12).

21. Upon and information and belief, Asset Recovery's September 16th dunning letter misrepresented the amount of CNAC debt by at least $3,586.47.

22. Asset Recovery's September 16th dunning letter misrepresented the original creditor of the debt as Consumer Portfolio Services.

23. Upon information and belief, the August 28th letter sent by Velocity's counsel was Velocity's "initial communication" within the meaning of 15 U.S.C. § 1692g with Ms. Torok.

24. The August 28th dunning letter does not contain all of the information required by 15 U.S.C. § 1692g.

### Claims for Relief: Violations of the Fair Debt Collection Practices Act

**I.   Claims Against Asset Recovery Solutions, LLC**

25. The foregoing acts and omissions of Asset Recovery Solutions, LLC constitute violations of the FDCPA, including but not limited to 15 U.S.C. § 1692e, § 1692f, § 1692g, and multiple subsections of each statute.

**II.   Claims Against Velocity Investments, LLC**

26. The foregoing acts and omissions of Velocity Investments, LLC constitute violations of the FDCPA, including but not limited to 15 U.S.C. § 1692e, § 1692f, § 1692g, and multiple subsections of each statute.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Carla S. Torok requests that the Court grant her the following relief:

1. Award Plaintiff maximum statutory damages against each Defendant;

2. Award Plaintiff actual damages;

3. Award Plaintiff reasonable attorney's fees and costs;

4. A trial by jury; and

5. Such other relief as may be just and proper.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com