# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | | |
|---|---|---|
| Carla S. Torok  )  *Plaintiff*  )  ) | | |
| v.  ) | Case No. | 3:14-cv-00744-TBR |
| ) | | |
| Asset Recovery Solutions, LLC, *et al.*  )  *Defendant*  )  ) | | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that she is dismissing with prejudice his claims against Defendants Asset Recovery Solutions, LLC and Velocity Investments, LLC. This dismissal resolves all of Plaintiff's claims in this action.

Respectfully Submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel:   (502) 473-6525
Fax:   (502) 473-6561
james@kyconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

John M. Williams
*Rajkovich, Williams, Kilpatrick & True, PLLC*
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
*Counsel for Defendant*
*Equifax Information Services, LLC*

Margaret Jane Brannon
*Jackson Kelly, PLLC*
175 E. Main Street, Suite 500
Lexington, KY 40507
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

Matthew Samberg
*Jones Day*
500 Grant Street, Suite 4500
Pittsburgh, PA 15219
*Counsel for Defendant*
*Experian Information Solutions, Inc.*

William R. Brown, Esq.
Terri R. Brown, Esq.
*Schuckit & Associates, P.C.*
4545 Northwestern Drive
Zionsville, IN 46077
*Counsel for Defendant*
*Trans Union, LLC*

/s/ James H. Lawson
James H. Lawson
*Counsel for Plaintiff*